

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00490-CR

_____

JOE SANCHEZ, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 213th District Court
Tarrant County, Texas
Trial Court No. 1852936

---

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

Appellant Joe Sanchez, proceeding pro se, attempts to appeal his conviction for continuous sexual abuse of a child under the age of fourteen. *See* Tex. Penal Code Ann. § 21.02(b). Sanchez's sentence was imposed on March 28, 2025. He did not file a motion for new trial, making his notice of appeal due by April 28, 2025. *See* Tex. R. App. P. 26.2(a); *see also* Tex. R. App. P. 4.1 (extending time when last day falls on a Saturday or Sunday). However, Sanchez did not file his notice of appeal until December 29, 2025, making it untimely. *See* Tex. R. App. P. 26.2(a)(1).

On January 2, 2026, we notified Sanchez of our concern that we lack jurisdiction over this appeal because his notice of appeal was untimely. We informed him that unless he filed a response showing grounds for continuing the appeal, it could be dismissed for want of jurisdiction. *See* Tex. R. App. P. 44.3. Sanchez filed a response, but it does not show grounds for continuing the appeal.

Because Sanchez's appeal was untimely and because a timely notice of appeal is an essential component of our jurisdiction, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 26.2(a), 43.2(f); *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: February 12, 2026